# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN AND TANYA GATLIN

VERSUS

BELLA AQUA POOLS AND SPAS,
LLC AND PENN-AMERICA
INSURANCE COMPANY

NO.  2025 CW 1308

**MARCH 23, 2026**

---

In Re:    Penn-America Insurance Company, applying for supervisory
          writs,  32nd  Judicial  District  Court,  Parish  of
          Terrebonne, No. 201876.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to include a copy  of
each  pleading  on  which  the  judgment  was  founded,  including
plaintiffs' petition(s), and the minutes of the October 24, 2025
hearing, in violation of Rules 4-5(C) (8) & (10) of the Uniform
Rules of Louisiana Courts of Appeal.

Supplementation  of  this  writ  application  and/or  an
application for rehearing will not be considered. Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

In the event relator seeks to file a new application with
this  court,  such  application  must  contain  all  pertinent
documentation,  including  the  missing  items  noted  herein,  and
documentation to show this application was timely, and must comply
with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal.
Any new application must be filed on or before April 13, 2026, and
must contain a copy of this ruling.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT